NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
City of Concord, Chief Guy Swanger, Mike Hansen, Tom Parodi, Chris Loercher, Francisco Ramirez, Steven White, Brad Giacobazzi, Danny Smith, Eduardo Montero, Steven Price, Jason Passama, Paul Miovas, Matt Cain and Matthew Switzer

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BURNS, TAMMY BURNS, BOBBY LAWRENCE, ESTATE OF CHARLES BURNS by TAMMY BURNS, Successor in Interest of the Estate of Charles Burns,

Plaintiffs,

vs.

CITY OF CONCORD, et al.,

Defendants.

Case No. C14-00535 LB

**STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING SEVERAL DEFENDANTS AND VACATING PENDING MOTION FOR SUMMARY JUDGMENT**

Judge: Hon. Laurel Beeler
Dept: USDC (SF), 15th Floor

New Trial Date: October 30, 2017

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective counsel of record, as follows:

WHEREAS Plaintiffs have agreed to a dismissal, with prejudice, as to the following Defendants in this action: JOHN CONATY, PAUL MIOVAS, MATT CAIN and TOM PARODI, only these Defendants, as to all claims alleged against them in the operative Fourth Amended Complaint filed in this matter.

WHEREAS each party to bear their own fees and costs as to these dismissed parties.

WHEREAS since a Motion for Summary Judgment was filed and is pending related to

Defendants JOHN CONATY and TOM PARODI, set for hearing on March 30th, in light of this dismissal, that pending Motion for Summary Judgment hearing can be vacated as moot.

The parties attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

We hereby attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: February 22, 2017 JOHNSON&JOHNSON

By: /s/ Johnson, Peter
Peter Johnson
Attorneys for Plaintiffs

Dated: February 22, 2017 CONTRA COSTA COUNTY COUNSEL'S OFFICE

By: /s/ Baker, D. Cameron
D. Cameron Baker
Attorneys for Defendants Kevin Bell and John Conaty

Dated: February 22, 2017 McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: /s/ Blechman, Noah G.
Noah G. Blechman
Attorneys for Defendants City of Concord, Chief Guy Swanger, Mike Hansen, Tom Parodi, Chris Loercher, Francisco Ramirez, Steven White, Brad Giacobazzi, Danny Smith, Eduardo Montero, Steven Price, Jason Passama, Paul Miovas, Matt Cain and Matthew Switzer

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

Defendants JOHN CONATY, PAUL MIOVAS, MATT CAIN and TOM PARODI, only these Defendants, are hereby dismissed, with prejudice, as to all claims alleged against them in the operative Fourth Amended Complaint filed in this matter, each party to bear their own fees and costs as to these dismissed parties.



McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

In addition, the pending Motion for Summary Judgment, filed by Defendants JOHN CONATY and TOM PARODI, set for hearing on March 30th, is hereby vacated as moot in light of the dismissal of these Defendants.

Court sets a Case Management Conference for April 6, 2017 at 11 AM. Updated Joint Case Management Conference statements due March 30, 2017.

IT IS SO ORDERED

Dated: 02/23/2017

By: ______________________
Hon. Laurel Beeler
Magistrate Judge of the District Court

STIPULATION AND ORDER REGARDING DISMISSAL OF SEVERAL DEFENDANTS AND VACATING PENDING MSJ - C14- 00535 LB

3